IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY LASHER,

      Plaintiff,               No. 2: 11-cv-2564 WBS KJN P

    vs.

R. MIRANDA, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's September 10, 2012 motion for transcripts. For the following reasons, this motion is denied.

      In the pending motion, plaintiff requests that he be allowed to review the deposition transcript pursuant to Federal Rule of Civil Procedure 30(e). On October 18, 2012, the undersigned ordered defendants to inform the court whether the deposition transcript contained plaintiff's request for review.

      On October 23, 2012, defendants filed a response to the October 18, 2012 order. Defendants state that Tri County Court Reporting sent plaintiff a copy of the deposition transcript to review. Because plaintiff has received the deposition transcript to review, his motion for transcripts is denied as moot.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for transcripts
2  (Dkt. No. 39) is denied.
3  DATED: October 24, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lash2564.tra