UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LASHER,<br><br>        Plaintiff,<br><br>   v.<br><br>R. MIRANDA, et al.,<br><br>        Defendants. | No. 2: 11-cv-2564 WBS KJN P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On November 5, 2013, the court issued a pretrial order. Pending before the court are defendants' November 18, 2013 objections to the pretrial order.

      Defendants object to undisputed fact no. 15 which states, "On April 19, 2011, Dr. Cross recommended surgery on plaintiff's shoulder." Defendants request that undisputed fact no. 15 be amended to state, "On April 19, 2011, Dr. Cross recommended an evaluation of plaintiff's shoulder under anesthesia. Dr. Cross indicated that the need for further surgical intervention would depend on the findings made during this evaluation." Good cause appearing, defendants' request to amend undisputed fact no. 15 is granted.

////

////

////

1

1 │   Accordingly, IT IS HEREBY ORDERED that undisputed fact no. 15 contained in the
2 │ pretrial order is amended as set forth above.
3 │ Dated:  November 25, 2013

5 │ lash2564.obj

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE