UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LASHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. MIRANDA, et al.,<br><br>　　　　　Defendants. | No. 2: 11-cv-2564 WBS KJN P<br><br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On November 5, 2013, the court issued a pretrial order. The pretrial order directed plaintiff to file a supplemental pretrial statement within fourteen days demonstrating that his proposed inmate witnesses have actual knowledge of the relevant facts. The pretrial order also directed plaintiff to list his proposed exhibits in his supplemental pretrial statement. Fourteen days passed and plaintiff did not file a supplemental pretrial statement.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　The pretrial order is amended to reflect that plaintiff shall call no inmate witnesses and shall offer no exhibits; and

////

////

////

1

2. Plaintiff's motion for witnesses (ECF No. 71) is denied to the extent plaintiff requests to call inmate witnesses.

Dated: December 2, 2013

lash2564.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2