UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LASHER, | No. 2:11-cv-2564 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| R. MIRANDA, et al., | |
| Defendants. | |

On March 4, 2014, this action was reassigned to the Honorable John A. Mendez from the Honorable William B. Shubb. Thus, the jury trial set before Judge Shubb on March 11, 2014, is vacated. Accordingly, defendants' February 11, 2014 motion to vacate the trial date is denied as unnecessary. The jury trial is reset to September 22, 2014, at 8:30 a.m., before Judge Mendez.

On February 5, 2014, defendants also filed a motion for the medical and central files to be authenticated via declarations. On March 3, 2014, defendants filed a motion for an extension of time to file motions in limine, jury instructions, etc. based on the March 11, 2014 trial date. Because the March 11, 2014 trial is vacated, defendants' pending motions concerning this trial date are denied as unnecessary.

Defendants have informed the court that plaintiff has been extradited to Arizona. Plaintiff is ordered to show cause why this action should not be dismissed for his failure to file a notice of change of address reflecting his Arizona address.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The jury trial is reset to September 22, 2014, at 8:30 a.m., before Judge Mendez;

2. Defendants' motions for files to be authenticated via declarations (ECF No. 78), to vacate the trial date (ECF 79) and for an extension of time regarding trial deadlines (ECF No. 84) are denied;

3. Within thirty days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to file a notice of change of address; failure to respond to this order will result in a recommendation of dismissal of this action; and

4. The Clerk of the Court is directed to serve this order on plaintiff at the following addresses: 1) Gary Lasher, c/o Yavapai County Detention Center 2830 North Commonwealth Drive, Suite 105, Camp Verde, Arizona, 86322; and 2) Gary Lasher, F-86598, Pleasant Valley State Prison, P.O. Box 8500, Coalinga, CA, 93210.

Dated: March 10, 2014

Lash2564.res

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2