UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LASHER, | No. 2: 11-cv-2564 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| R. MIRANDA, et al., | |
| Defendants. | |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  This action is set for jury trial before the Honorable John A. Mendez on September 22, 2014.

      On March 3, 2014, defendants informed the court that plaintiff had been extradited from California to Arizona.  (ECF No. 84.)  Plaintiff did not file a notice of change of address reflecting his new Arizona address.  Accordingly, on March 10, 2014, the undersigned ordered plaintiff to show cause within thirty days why this action should not be dismissed for his failure to file a notice of change of address.  (ECF No. 87.)  Thirty days passed and plaintiff did not respond to the March 10, 2014 order.  Accordingly, on April 18, 2014, the undersigned recommended that this action be dismissed.  (ECF No. 88.)

      On June 5, 2014, the April 18, 2014 findings and recommendations were re-served on plaintiff.  On June 19, 2014, plaintiff filed objections to the findings and recommendations.  (ECF

No. 89.) Plaintiff anticipates that the Arizona charges will be dismissed, and he will be returned to California, but that can take from 180 to 360 days. (Id.)

Good cause appearing, the April 18, 2014 findings and recommendations are vacated. Defendants are directed to file a status report informing the court of the status of the pending criminal charges against plaintiff. Defendants shall inform the court if they are able to obtain information regarding when Arizona officials anticipate the criminal charges against plaintiff will be resolved.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The April 18, 2014 findings and recommendations (ECF No. 88) are vacated;
2. Defendants shall file the status report discussed above within twenty-one days of the date of this order; and
3. The Clerk of the Court is directed to amend court records to reflect plaintiff's new address contained in his June 19, 2014 objections (ECF No. 89).

Dated: June 24, 2014

Lash2564.vac

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE