UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LASHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. MIRANDA, et al.,<br><br>　　　　　Defendants. | No. 2: 11-cv-2564 JAM KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  This action is set for jury trial before the Honorable John A. Mendez on September 22, 2014.

　　　　On March 3, 2014, defendants informed the court that plaintiff had been extradited to Arizona.  On June 25, 2014, the court ordered defendants to file a status report addressing the status of the pending criminal charges against plaintiff in Arizona.  In the July 9, 2014 status report, defendants state that plaintiff has a trial set for August 27, 2014, on one of his pending charges.  Defendants state that no trial date has been set for plaintiff's two other pending charges.

　　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. The jury trial set for September 22, 2014, is vacated and re-set for November 17, 2014, at 9:00 a.m., before the Honorable John A. Mendez; a trial confirmation hearing is set for October 17, 2014 at 10:00 a.m., before the Honorable John A. Mendez;

1

2. The court will check the status of plaintiff's Arizona criminal case prior to the trial confirmation hearing and re-set any pending dates, if necessary.

Dated: July 18, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lash2564.sch