UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LASHER, | No. 2: 11-cv-2564 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| R. MIRANDA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. IT IS HEREBY ORDERED that:

1. The jury trial set for January 26, 2015 is confirmed;

2. As stated in the November 15, 2013 pretrial order, the parties are directed to Local Rule 162.1(a) and Local Rule 163(a) for procedures regarding time limits regarding proposed voir dire and proposed jury instructions, respectively. The provisions of said local rules notwithstanding, the parties shall file proposed voir dire and proposed jury instructions, if any, not later than seven days before the date set for trial.

DATED: 12/9/2014

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

1