UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LASHER, | No. 2: 11-cv-2564 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| R. MIRANDA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for jury trial on January 26, 2015.

On December 29, 2014, the order confirming the trial date, served on plaintiff's address of record, was returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.

Accordingly, IT IS HEREBY ORDERED that:

1. The jury trial set for January 26, 2015 is vacated;

2. Plaintiff is granted twenty-one days from the date of this order to show cause why this action should not be dismissed for his failure to keep the court apprised of his current address; failure to comply with this order will result in dismissal of this action.

DATED: January 6, 2015

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

1