UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LASHER,<br><br>    Plaintiff,<br><br>    v.<br><br>R. MIRANDA, et al.,<br><br>    Defendants. | No. 2: 11-cv-2564 JAM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 7, 2015, the court ordered plaintiff to show cause why this action should not be dismissed for his failure to keep the court apprised of his current address.  (ECF No. 99.)

On January 15, 2015, plaintiff filed a notice of change of address.  (ECF No. 101.)  Accordingly, on January 22, 2015, the court reset the jury trial for June 8, 2015. (ECF No. 102.)

On January 29, 2015, plaintiff filed a response to the January 7, 2015 order to show cause. (ECF No. 103.)  In this pleading, plaintiff explains his failure to keep the court apprised of his current address.

////

////

////

1

1   Good cause appearing, IT IS HEREBY ORDERED that the January 7, 2015 order to show
2   cause (ECF No. 99) is discharged; the jury trial set for June 8, 2015 is confirmed.
3   DATED: February 3, 2015

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE