UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LASHER,<br><br>            Plaintiff,<br><br>       v.<br><br>R. MIRANDA, et al.,<br><br>            Defendants. | No. 2:11-cv-2564 JAM KJN P<br><br>ORDER APPOINTING COUNSEL |

Plaintiff is a prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  The court finds that the appointment of counsel is warranted.  David R. Johanson has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. David R. Johanson is appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order upon David R. Johanson, Hawkins Parnell Thackston & Young, LLP, 1776 2nd St., Napa, CA 94559.

////

////

1

4. The trial in this case currently set for January 25, 2016 is vacated and reset for July 18, 2016, at 8:30 a.m., in Courtroom #6 before District Judge John A. Mendez.

Dated:  September 23, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lash2564.31