RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884
Jill B. Nathan, CSN 186136
Jamil R. Ghannam, CSN 300730

Attorneys for Defendant,
R. MIRANDA

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LASHER,<br><br>            Plaintiff,<br><br>vs.<br><br>R. MIRANDA, et al.,<br><br>            Defendants. | Case No.: 2:11-cv-02564 JAM KJN<br><br>**ORDER ON DEFENDANT'S STIPULATION TO CONTINUE JULY 18, 2016 TRIAL DATE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the trial date currently scheduled for July 18, 2016 is vacated and shall be reset for 9/19/2016 before Judge Mendez (Courtroom #6) at 9:00 AM.

Dated: September 29, 2015            /s/ John A. Mendez
                                     United States District Court Judge