# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LASHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. MIRANDA, et al.<br><br>　　　　　Defendants. | 2:11-cv-02564-JAM-KJN<br><br>**ORDER GRANTING PLAINTIFF GARY LASHER'S MOTION TO MODIFY THE PRETRIAL ORDER AND PERMIT DISCLOSURE OF EXPERT WITNESSES**<br><br>Hearing Date:　May 3, 2016<br>Time:　　　　1:30 p.m.<br>Courtroom:　　6<br>Judge:　The Honorable John A. Mendez<br><br>Action Filed:　September 29, 2011 |

Plaintiff Gary Lasher moved to modify the pretrial order and permit disclosure of expert witnesses (Doc.#115).[1] Defendants filed statements of non-opposition (Docs. ##116, 117).

The Court hereby makes the following **ORDER:**

Plaintiff Gary Lasher's Motion to Modify the Pretrial Order and Permit Disclosure of Expert Witnesses is **GRANTED**. The Pretrial Order is also modified to permit the depositions of any expert witnesses disclosed under Federal Rule of Civil Procedure 26(b)(4), with said depositions to be completed by August 19, 2016.

DATED: 4/25/2016

　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　Judge of the United States District Court

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g). The hearing was scheduled for May 3, 2016.

**1**