David R. Johanson (SBN 164141)
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
345 California Street, Suite 2850
San Francisco, CA 94104
Telephone: 415.766.3200
Facsimile: 415.766.3250
Emails:   *djohanson@hptylaw.com*

Attorney for Plaintiff
GARY LASHER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| GARY LASHER, | 2:11-cv-02564-JAM-KJN |
| Plaintiff, | **ORDER ON AMENDED STIPULATED REQUEST TO CONTINUE TRIAL DATE** |
| v. | |
| R. MIRANDA, et al. | |
| Defendants. | Action Filed:   September 29, 2011 |

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY

ORDERED THAT the currently scheduled trial date of September 19, 2016 is vacated and shall be

reset to May 15, 2017 at 9:00 a.m.

Dated: 6/14/2016                     /s/ John A. Mendez_____
                                      United States District Court Judge

---

**1**
**[PROPOSED] ORDER ON AMENDED STIPULATED MOTION TO CONTINUE TRIAL DATE**

**2:11-cv-02564-WBS-KJN**