Kamala D. Harris, State Bar No. 146672
Attorney General of California
Michelle L. Angus, State Bar No. 210031
Supervising Deputy Attorney General
R. Lawrence Bragg, State Bar No. 119194
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2595
 Fax: (916) 324-5205
 E-mail: Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants Swingle, Nepomuceno, and Pomazal*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GARY LASHER,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**R. MIRANDA, et al. ,**<br><br>                                    Defendants. | 2:11-cv-02564-JAM-KJN (PC)<br><br>ORDER ON STIPULATION TO MODIFY PRETRIAL ORDER RE: EXPERT WITNESS DISCOVERY<br><br>Judge:             The Honorable John A. Mendez<br>Trial Date:       May 15, 2017<br>Action Filed:  September 29, 2011 |

In light of the stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline to complete expert witness discovery is extended to October 21, 2016.

Dated: 8/2/2016

/s/ John A. Mendez
HON. JOHN A. MENDEZ,
UNITED STATES DISTRICT COURT JUDGE

1